UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

O'NEIL KERR,

    Plaintiff,

v.                                                                        Case No:  2:13-cv-307-FtM-38DNF

THE CITY OF FORT MYERS,

    Defendant.
_____/

## **ORDER**[1]

    This matter is before the Court on review of the file. On November 22, 2013, the Court entered a Case Management and Scheduling Order (Doc. #29), directing the parties to attend mediation on or before October 1, 2014.  Plaintiff O'Neil Kerr thereafter filed a Notice of Scheduled Mediation (Doc. #34 at 2), stating the parties had tentatively set August 15, 2014, for mediation.  To date, the parties have not advised the Court of the status of mediation.  Also, assuming the parties mediated on August 15, 2014, Middle District of Florida Local Rule 9.06(a) required the mediator to file a written report with the Court indicating, among other things, whether the case has been settled within five (5) days following the conclusion of the mediation conference.  The parties have yet to file

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

any such report with the Court. The parties, therefore, are directed to comply with Local Rule 9.06.

Accordingly, it is

**ORDERED:**

The parties shall advise the Court on or before **September 2, 2014**, as to the status of mediation in this case in accordance with the Court's Local Rules.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record